# Court of Appeals
# of the State of Georgia

ATLANTA,  April 19, 2022

*The Court of Appeals hereby passes the following order:*

**A22D0328. STEVE MACK v. THE STATE.**

After entering a guilty plea in 2008 to armed robbery, Steve Mack filed a motion for an out-of-time appeal. The trial court ultimately dismissed the motion, and Mack filed both this timely application for discretionary appeal and a direct appeal, which has been docketed as Case No. A22A1296.

Mack was not required to file a discretionary application in order to challenge the trial court's dismissal of his motion for an out-of-time appeal. Ordinarily, we will grant a timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). In light of Mack's direct appeal of the trial court's order, however, this application is superfluous, and it is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  04/19/2022

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

Stephen E. Castlen                          , Clerk.